# 42§1983 FEDERAL CIVIL RIGHTS COMPLAINT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**CHELSEA-JEWEL :JACKSON**, in her personal capacity and as the natural guardian of minor ▓▓▓▓▓▓ BD, a minor
**Plaintiff,**

v.

**DETROIT PUBLIC SCHOOLS COMMUNITY DISTRICT,**
**DR. NIKOLAI VITTI**, in his individual and official capacity,
**DAMIAN H. PERRY**, in his individual and official capacity,
**JOHN DOES 1-5**, DPSCD agents acting under color of law,
**Defendants.**

Case: 4:25-cv-14190
Assigned To : Behm, F. Kay
Referral Judge: Grand, David R.
Assign. Date : 12/30/2025
Description: CMP
CHELSEA-JEWEL :JACKSON V
DETROIT PUBLIC SCHOOLS COMMUNITY DISTRICT ET AL
(LH)

## COMPLAINT FOR INJUNCTIVE RELIEF, DECLARATORY RELIEF, AND DAMAGES
## PURSUANT TO 42 U.S.C. §§ 1983, 1985, 1988
## DEMAND FOR JURY TRIAL
## THIS IS NOT A MAGISTRATE CASE

## I. JURISDICTION & VENUE

1. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343 because this action arises under federal law—specifically 42 U.S.C. §§ 1983, 1985(3), and 1988.
2. Venue is proper under 28 U.S.C. § 1391(b) because all events occurred within the jurisdiction of this Court in **Wayne County, Michigan.**

## II. PARTIES

3. Plaintiff **Chelsea-Jewel :Jackson** is a private American national and mother of ▓▓▓▓ BD ▓▓▓▓, a minor, both domiciled in **Detroit, Michigan.**

4. Defendant **Detroit Public Schools Community District (DPSCD)** is a municipal education agency operating under the color of state law.
5. Defendant **Dr. Nikolai Vitti** is Superintendent of DPSCD, sued in his **official and individual capacity**.
6. Defendant **Damian H. Perry** is an administrative officer responsible for due process compliance, sued in his **official and individual capacity**.
7. **John Does 1–5** are unknown agents or employees of DPSCD who participated in or ratified the constitutional violations herein.

## III. FACTUAL ALLEGATIONS

8. On or about **October 20, 2025**, DPSCD agents conducted a **warrantless and unjustified search** of Plaintiff's minor child [redacted] while exposed in a school bathroom without probable cause, consent, or legal process.
9. Following the unlawful search, [redacted] was **falsely accused** of narcotics activity and **defamed** by being labeled a "drug dealer," despite no evidence, no drugs found, and no law enforcement involvement.
10. Without notice, hearing, or findings, [redacted] was **forcibly removed from his academic placement** and reassigned to an inferior institution (HENRY FORD HS) with known dangers and reduced curriculum.
11. Plaintiff was denied procedural due process at every stage: no notice, no opportunity to be heard, and no impartial review.
12. Plaintiff served an **Affidavit of Truth and Appeal**, which was never rebutted, establishing default.
13. Defendants continue to **retaliate** against the family for challenging the misconduct, causing trauma, educational harm, reputational damage, and emotional distress.

## IV. CAUSES OF ACTION

### COUNT 1 – Violation of Fourth Amendment (42 U.S.C. § 1983)

14. The unwarranted and nonconsensual search of [redacted] violated his rights against unlawful search and seizure.

### COUNT 2 – Violation of Fourteenth Amendment (Due Process)

15. Defendants deprived Plaintiff and her son of procedural and substantive due process under the Constitution.

### COUNT 3 – Defamation Per Se (under color of law)

16. The false labeling of a minor child as a drug dealer constitutes defamation per se, with no factual support or correction.

### COUNT 4 – Retaliation for Exercise of Protected Rights

17. Plaintiff was retaliated against for asserting legal rights and filing appeals, in violation of protected First Amendment activity.

### COUNT 5 – Civil Conspiracy (42 U.S.C. § 1985(3))

18. Defendants conspired under color of law to deprive Braylon Dace of equal protection and liberty interests based on class and protected activity.

## V. DAMAGES

19. Plaintiff seeks **compensatory damages** in excess of $250,000 for emotional distress, educational deprivation, reputational injury, and psychological trauma.
20. Plaintiff seeks **punitive damages** against the individual defendants.
21. Plaintiff seeks **injunctive relief** and **attorney's fees** under 42 U.S.C. § 1988.

## VI. RELIEF REQUESTED

Plaintiff respectfully demands:

1. A declaratory judgment that Defendants violated her and her son's rights under the Constitution;
2. A temporary and permanent injunction restoring [BD minor] academic standing and sealing all retaliatory records;
3. Compensatory and punitive damages;
4. Attorney's fees and costs under § 1988;
5. A jury trial on all issues so triable;
6. All other relief deemed just and proper.

Respectfully presented,

_/s/ Chelsea-Jewel Jackson_

Chelsea-Jewel :Jackson, Pro Se
Mother and Natural Guardian of Braylon Dace
18709 Murray Hill, Detroit, Michigan Republic
chelsea.j.jackson007@gmail.com | (313) 715-8561

# VERIFICATION AND CERTIFICATION PAGE

## FOR COMPLAINT AND EMERGENCY MOTION

## PURSUANT TO FED. R. CIV. P. 11(b), 9(a), and 65(b)(1)(B)

I, one **Chelsea-Jewel :Jackson**, hereinafter "Affiant," a living woman, under penalty of perjury pursuant to **28 U.S.C. § 1746**, hereby certify, affirm, and declare:

I am one of the People of the **Michigan Republic**, a private American national, of the age of majority, competent in mind and body, and a firsthand witness to the events stated herein. The facts set forth in the foregoing Complaint and Emergency Motion are true, correct, and admissible as evidence. If called upon to testify as a witness, I shall testify to their veracity.

---

## FOR THE POSTERITY AND TESTIMONY OF TRUTH UNDER GOD ALMIGHTY, ALL-KNOWING AND SOVEREIGN

### Affirmatio unius est exclusio alterius

We, as a singular tribal woman, a natural person created by **Almighty God** and not by statute, stand firmly upon the square of truth, recognizing only the jurisdiction of the **Divine Creator** over our person, body, and soul—especially concerning our minor children.

In this posture of truth and righteousness, and under the guidance of the Most High, we present this verification **in good faith**, with clean hands, and at arm's length under the laws of equity and in accordance with **FRCP 9(a)**.

---

## I HEREBY AFFIRM:

1. I am the Plaintiff in the above-captioned matter and the natural guardian of the minor child, ⬛⬛⬛.
2. I have read the **Verified Complaint for Violations of Civil Rights under 42 U.S.C. §§ 1983 and 1985**, and the accompanying **Emergency Motion for Temporary Restraining Order**.
3. To the best of my knowledge, information, and belief, formed after reasonable inquiry:
   - The **factual allegations** contained therein are **true and correct**;

- Order a hearing within 14 days as required by Rule 65(b)(3):
- Grant any further relief as justice requires.

Respectfully presented.

**Chelsea Jewel Jackson**
Pro Se Plaintiff & Natural Guardian
Dated: 12/09/25 , 2025



JS 44 (Rev. 10/20)  **CIVIL COVER SHEET**  County in which action arose: _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Chelsea-Jewel:Jackson

**DEFENDANTS**
Detroit Public Schools Community District, et al.

(b) County of Residence of First Listed Plaintiff: Wayne
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*   Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane / 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability / 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  | PROPERTY RIGHTS | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander |  | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability / 368 Asbestos Personal Injury Product Liability |  | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine |  | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability / PERSONAL PROPERTY |  | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / 370 Other Fraud | LABOR | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 371 Truth in Lending | 710 Fair Labor Standards Act |  | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury / 380 Other Personal Property Damage | 720 Labor/Management Relations | SOCIAL SECURITY | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice / 385 Property Damage Product Liability | 740 Railway Labor Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise |  | 751 Family and Medical Leave Act | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
|  |  | 790 Other Labor Litigation | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | 791 Employee Retirement Income Security Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 210 Land Condemnation | 440 Other Civil Rights / Habeas Corpus: |  | 865 RSI (405(g)) | 893 Environmental Matters |
| 220 Foreclosure | 441 Voting / 463 Alien Detainee |  | FEDERAL TAX SUITS | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 442 Employment / 510 Motions to Vacate Sentence |  | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 240 Torts to Land | 443 Housing/ Accommodations / 530 General |  | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment / 535 Death Penalty Other: | IMMIGRATION |  | 950 Constitutionality of State Statutes |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other / 540 Mandamus & Other | 462 Naturalization Application |  |  |
| (448) | 448 Education / 550 Civil Rights | 465 Other Immigration Actions |  |  |
|  | [X] 448 Education / 555 Prison Condition |  |  |  |
|  | 560 Civil Detainee - Conditions of Confinement |  |  |  |

**V. ORIGIN** *(Place an "X" in One Box Only)*
- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Brief description of cause:

**VII. REQUESTED IN COMPLAINT:**
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $ _____
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [ ] Yes [ ] No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: 12/29/25
SIGNATURE OF ATTORNEY OF RECORD: Chelsea-Jewel:Jackson

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?  ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes :