UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHELSEA JEWEL JACKSON,
as next friend of minor B.D.,

                Plaintiff,

v.

DETROIT PUBLIC SCHOOLS
COMMUNITY DISTRICT, *et. al.*,

                Defendants.

_____/

Case No: 25-14190
Hon. F. Kay Behm
U.S. District Judge

## ORDER DISMISSING CASE FOR FAILURE TO COMPLY AND FAILURE TO PROSECUTE

On January 26, 2026, this court entered an order striking Plaintiff's existing complaint and giving Plaintiff 21 days to submit an amended complaint.  ECF No. 10.

No amended complaint has been received.  When dismissing a case for failure to prosecute, the court should consider: (1) whether the party's failure is due to willfulness, bad faith, or fault; (2) whether the adversary was prejudiced by the dismissed party's conduct; (3) whether the dismissed party was warned that failure to cooperate could lead to dismissal; and (4) whether less drastic sanctions were imposed or

1

considered before dismissal was ordered.  *Wu v. T.W. Wang, Inc.*, 420 F.3d 641, 643 (6th Cir. 2005) (citing *Knoll v. American Tel. & Tel. Co.*, 176 F.3d 359, 363 (6th Cir. 1999)).  In this case, although there is no specific prejudice to Defendants because none has been served, the fault for failure to file an amended complaint lies solely with Plaintiff, Plaintiff was warned that failure to comply could lead to dismissal (ECF No. 10), and the court gave Plaintiff multiple chances to file a proper amended complaint in order to avoid the sanction of dismissal.  This case lacks any operative pleading, and this case is dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

**SO ORDERED**.

Date: February 26, 2026          s/F. Kay Behm
                                 F. Kay Behm
                                 United States District Judge