UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHELSEA JEWEL JACKSON,
as next friend of minor B.D.,

     Plaintiff,

v.

DETROIT PUBLIC SCHOOLS
COMMUNITY DISTRICT, *et. al.*,

     Defendants.
_____ /

Case No. 25-14190

F. Kay Behm
United States District Judge

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's order dismissing this case, this civil action is **DISMISSED WITHOUT PREJUDICE**.

     **SO ORDERED**.

Date: February 26, 2026       s/ F. Kay Behm
                         F. Kay Behm
                         United States District Judge

1